UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SSA BONDS ANTITRUST LITIGATION | No. 1:16-cv-03711 (ER)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>ECF Case<br><br>Electronically Filed |

**PLEASE TAKE NOTICE** that Katherine Doty Hanniford, associated with the firm Willkie Farr & Gallagher LLP, hereby withdraws as counsel for Defendant Hiren Gudka in the above matter.  This withdrawal shall be effective immediately.  Accordingly, Katherine Doty Hanniford should be removed from the list of NEF recipients in this matter.

**PLEASE TAKE FURTHER NOTICE** that Willkie Farr & Gallagher LLP shall continue to serve as counsel for Hiren Gudka, and that all further notices and pleadings, exclusive of original process, are to be served upon Willkie Farr & Gallagher LLP at their respective address of record.

Dated:    May 8, 2018
          Washington, D.C.

/s/ *Katherine Doty Hanniford*
Katherine Doty Hanniford
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006-1238
Telephone:  (202) 303-1157
Email: khanniford@willkie.com

*Counsel to Defendant Hiren Gudka*