UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SSA BONDS ANTITRUST LITIGATION | **ORDER** |
| This Document Relates To: All Class Actions | 16 Civ. 3711 (ER) |

RAMOS, D.J.

On May 8, 2020, the Court granted Plaintiffs' unopposed motion for entry of partial final

judgment against the Non-Settling Defendants.  Doc. 643.  On April 2, 2021, the Court entered

final judgment as to the Settling Defendants.  Docs.  687, 688, 689.

Accordingly, the Clerk is respectfully directed to close this case and all related cases,

listed below:

- No. 16-cv-4603, *Sheet Metal Workers Pension Plan of N. Cal. et al. v. Bank of Am. Corp. et al.*;

- No. 16-cv-5011, *Inter-Local Pension Fund Graphic Commc'ns Conference of the Int'l Bhd. of Teamsters v. Bank of Am. Corp. et al.*;

- No. 16-cv-5203, *City of Bristol Pension Fund et al. v. Bank of Am. Corp. et al.*;

- No. 16-cv-5269, *Asbestos Workers Philadelphia Welfare and Pension Fund v. Bank of Am., N.A. et al.*;

- No. 16-cv-4151, *City of Atlanta Firefighters Pension Fund v. Bank of Am., N.A. et al.*;

- No. 16-cv-4485, *La. Sheriffs' Pension Relief Fund v. Bank of Am., N.A. et al.*;

- No. 16-cv-5755, *Painters and Allied Trades Dist. Council No. 35 Pension Fund v. Bank of Am., N.A. et al.*;

- No. 16-cv-6133, *Okla. Police Pension and Ret. Sys. v. Bank of Am. Corp. et al.*;

- No. 17-cv-00298, *The Police Ret. Sys. of St. Louis v. Bank of Am. Corp. et al.*;

- No. 16-cv-7991, *La. Municipal Police Employees Ret. Sys. v. Bank of Am. Corp. et al.*;

- No. 16-cv-8621, *KBC Asset Mgmt. NV v. Bank of Am. Corp. et al.*;

- No. 16-cv-9398, *City of Riviera Beach Police Officers' Pension Fund v. Bank of Am., N.A. et al.*; and

- No. 16-cv-9656, *Irving Firemen's Relief and Ret. Fund v. Bank of Am. Corp. et al.*

    It is SO ORDERED.


Dated:  April 5, 2021
        New York, New York


  _____
  Edgardo Ramos, U.S.D.J.

2